AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUN -4  AM 10: 21

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18-cr-102-1 |
| DWIGHT LIPSEY | ) | |
| Defendant | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF VERMONT
2018 SEP -6  PM 3: 17
RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DWIGHT LIPSEY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

3 counts of knowingly and intentionally distributed cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); and
1 count of knowingly and intentionally distributed MDMA (3,4-methylenediolymethamphetamine), a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Date:   09/06/2018

_____
Issuing officer's signature

City and state:   Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/6/18, and the person was arrested on *(date)* 6/2/19
at *(city and state)* Middlesex, VT.

Date:   6/3/19

_____
Arresting officer's signature

STEPHEN CRAPELLO,  DUSM
*Printed name and title*

* On Behalf of FBI